

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
FEB 14 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

THOMAS E. DIAZ,

    Plaintiff,

vs.

CITY OF INKSTER,

    Defendant.

_____/

Civil Action No.
05-CV-70423-DT

HON. BERNARD A. FRIEDMAN

## VERDICT FORM

We the jury, after due deliberation and consideration of all of the evidence, unanimously return the following verdict:

**QUESTION NO. 1:**

Did the defendant discriminate against the Plaintiff because he is not black?

__X__  
Yes  

_____  
No

Proceed to Question No. 2.

**QUESTION NO. 2:**

Did the defendant have a policy, practice or custom of giving preference to blacks in promotion?

__X__  
Yes  

_____  
No

Proceed to Question No. 3.

**QUESTION NO. 3:**

Did the Defendant refuse to promote Plaintiff because he filed this lawsuit?

_____  
Yes  

__X__  
No

If you answered Yes to Questions No. 1, No. 2 or No. 3, proceed to Question 4.
If you answered No to all 3 questions, stop here and sign the last page.

**QUESTION NO. 4:**

Did the Plaintiff suffer damage as a result of Defendant's (1) discrimination, (2) custom, practice or policy or (3) retaliation?

__X__ Yes      _____ No

If you answered yes to Question 4, proceed to Question 5.
If you answered no, stop here and have the foreperson sign the last page and notify the clerk.

**QUESTION NO. 5:**

For which position or positions did Plaintiff suffer damage:

Police Chief, 2003         __X__

Commander, 2004         _____

Deputy Police Chief, 2006  __X__

**QUESTION NO. 6:**

What are Plaintiff's damages, if any, to date for mental distress, anxiety, outrage and humiliation attributable to Defendant's (1) discrimination, (2) custom, practice or policy or (3) retaliation?

Answer: $ _68,490.00_

Proceed to Question 7.

**QUESTION NO. 7:**

What are Plaintiff's damages, if any, to date for lost wages and benefits attributable to Defendant's (1) discrimination, (2) custom, practice or policy or (3) retaliation?

Answer: $ _45,507.00_

2

## QUESTION NO. 8:

What are Plaintiff's future damages, if any, for mental distress, anxiety, outrage and humiliation attributable to Defendant's (1), (2) or (3) for:

Answer:

2007 $ 0
2008 $ 0
2009 $ 0
2010 $ 0
2011 $ 0
2012 $ 0
2013 $ 0
2014 $ 0
2015 $ 0
2016 $ 0
2017 $ 0
2018 $ 0
2019 $ 0

2020 $ 0
2021 $ 0
2022 $ 0
2023 $ 0
2024 $ 0
2025 $ 0
2026 $ 0
2027 $ 0
2028 $ 0
2029 $ 0

3

## QUESTION NO. 9:

What are Plaintiff's future damages, if any, for lost compensation (wages and benefits) attributable to Defendant's (1), (2) or (3) for:

Answer:

2007 $14,000.00
2008 $14,000.00
2009 $14,000.00
2010 $14,000.00
2011 $14,000.00
2012 $14,000.00
2013 $14,000.00
2014 $14,000.00
2015 $14,000.00
2016 $14,000.00
2017 $0
2018 $0
2019 $0
2020 $0
2021 $0
2022 $0
2023 $0
2024 $0
2025 $0
2026 $0
2027 $0
2028 $0
2029 $0

*Nancy M. Backhurst*
NANCY M. BACKHURST, Jury Foreperson

4