UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THOMAS E. DIAZ,

    Plaintiff,

v

CITY OF INKSTER,

    Defendant.

Case No. 05-70423
Hon. Bernard A. Friedman

| | |
|---|---|
| James K. Fett (P39461)<br>Fett & Fields, PC<br>805 E. Main St.<br>Pinckney, MI  48169<br>734-954-0100<br>Attorneys for Plaintiff | Michael D. Weaver (P43985)<br>Plunkett & Cooney, PC<br>38505 Woodward, Ste. 2000<br>Bloomfield Hills, MI  48304<br>248-901-4025<br>Attorneys for Defendant |

# JUDGMENT

Plaintiff prevailed at the jury trial in the above-captioned matter. The jury found that Defendant violated Plaintiff's rights under the 42 USC §1983, 42 USC §1981 and the Elliott-Larsen Civil Rights Act. The jury found that Plaintiff's lost past and future wages attributable to Defendant's violations of Plaintiff's rights totaled $185,507.00. It further found that Plaintiff sustained $68,490 in emotional distress damages on account of Defendant's violations.

JUDGMENT is hereby entered, in favor of Plaintiff and against Defendant as follows:

    A.    $224,799.00, representing the present value of the damages specified in the jury verdict;

    B.    Attorney fees of $124,609.50;

    C.    Costs of $4,878.78; and

    D.    Pre-judgment interest pursuant to MCLA 600.6013 of $48,296.88 as of June 25, 2007.

The total Judgment, in favor of Plaintiff and against Defendant is $402,584.16, with statutory post-judgment interest to accrue from the date of the entry of this Judgment.

                                          _____
                                          BERNARD A. FRIEDMAN
                                          CHIEF UNITED STATES DISTRICT JUDGE

Dated:   JUN 2 6 2007

      Detroit, Michigan