

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THOMAS E. DIAZ,

    Plaintiff,

vs.                                             Case No. 05-70423

CITY OF INKSTER,                  HON. BERNARD A. FRIEDMAN

    Defendant.

_____/

| | |
|---|---|
| JAMES K. FETT  P39461 | ERNEST R. BAZZANA  P28442 |
| Fett & Fields, P.c. | MICHAEL D. WEAVER  P43985 |
| Attorneys for Plaintiff | Plunkett Cooney |
| 805 E. Main Street | Attorneys for Defendant |
| Pinckney, MI  48169 | 535 Griswold, Suite 2400 |
| (734) 954-0100 | Detroit, MI  48226 |
| | (313) 983-4798 |

_____/

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. §1291 and F.R.A.P. 3, Defendant, City of Inkster, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment dated June 26, 2007, and from all prior interlocutory orders entered and rulings made in the United States District Court

for the Eastern District of Michigan, Southern Division.

                                PLUNKETT COONEY

                  By   _____
                          ERNEST R. BAZZANA (P28442)
                          MICHAEL D. WEAVER (P43985)
                          Attorneys for Defendant
                          Buhl Building
                          535 Griswold; Suite 2400
                          Detroit, MI  48226
DATED:  July 16, 2007          313-983-4798

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS E. DIAZ,

    Plaintiff,

vs.

CITY OF INKSTER,

    Defendant.

Case No. 05-70423

HON. BERNARD A. FRIEDMAN

_____/

JAMES K. FETT  P39461
Fett & Fields, P.c.
Attorneys for Plaintiff
805 E. Main Street
Pinckney, MI  48169
(734) 954-0100

ERNEST R. BAZZANA  P28442
MICHAEL D. WEAVER  P43985
Plunkett Cooney
Attorneys for Defendant
535 Griswold, Suite 2400
Detroit, MI  48226
(313) 983-4798

_____/

## CERTIFICATE OF SERVICE

Ernest R. Bazzana, being first duly sworn, deposes and says that he is a Partner with the firm of Plunkett Cooney and that on the 16TH day of July, 2007, he caused to be served a copy of the Notice of Appeal and Certificate of Service upon the following:

    JAMES K. FETT  P39461
    Fett & Fields, P.c.
    Attorneys for Plaintiff
    805 E. Main Street
    Pinckney, MI  48169

by enclosing same in a pre-addressed, pre-stamped envelope and depositing same in the United States Mail.

_____
ERNEST R. BAZZANA

Detroit.16472.54791.1245651-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THOMAS E. DIAZ,

    Plaintiff,

v

CITY OF INKSTER,

    Defendant.

Case No. 05-70423
Hon. Bernard A. Friedman

James K. Fett (P39461)
Fett & Fields, PC
805 E. Main St.
Pinckney, MI 48169
734-954-0100
Attorneys for Plaintiff

Michael D. Weaver (P43985)
Plunkett & Cooney, PC
38505 Woodward, Ste. 2000
Bloomfield Hills, MI 48304
248-901-4025
Attorneys for Defendant

## JUDGMENT

Plaintiff prevailed at the jury trial in the above-captioned matter. The jury found that Defendant violated Plaintiff's rights under the 42 USC §1983, 42 USC §1981 and the Elliott-Larsen Civil Rights Act. The jury found that Plaintiff's lost past and future wages attributable to Defendant's violations of Plaintiff's rights totaled $185,507.00. It further found that Plaintiff sustained $68,490 in emotional distress damages on account of Defendant's violations.

JUDGMENT is hereby entered, in favor of Plaintiff and against Defendant as follows:

    A.    $224,799.00, representing the present value of the damages specified in the jury verdict;

    B.    Attorney fees of $124,609.50;

    C.    Costs of $4,878.78; and

D.  Pre-judgment interest pursuant to MCLA 600.6013 of $48,296.88 as of June 25, 2007.

The total Judgment, in favor of Plaintiff and against Defendant is $402,584.16, with statutory post-judgment interest to accrue from the date of the entry of this Judgment.

Dated: JUN 2 6 2007  
Detroit, Michigan

BERNARD A. FRIEDMAN  
CHIEF UNITED STATES DISTRICT JUDGE