No. 07-1884
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

AUG 3 1 2007

LEONARD GREEN, Clerk

THOMAS E. DIAZ,

    Plaintiff - Appellee

v.

CITY OF INKSTER,

    Defendant - Appellant

ORDER



05-70423

FILED
SEP - 4 2007
CLERK'S OFFICE
DETROIT

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: _____
Deputy Clerk

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

LEONARD GREEN
*Clerk*

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

TERESA MACK
TELEPHONE (513) 564-7330
FAX: (513) 564-7349

Filed: August 31, 2007

James K. Fett, Esq.
Fett, Roumel & Fields
805 E. Main Street
Pickney, MI 48169-0000

Ernest R. Bazzana, Esq.
Plunkett & Cooney
535 Griswold Street
Suite 2400 Buhl Building
Detroit, MI 48226-3684

RE: Diaz v. City of Inkster
CA No. 07-1884
District Court Case No. 05-70423

Dear Counsel:

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

by: Teresa R. Mack
Mediation Administrator

Enc.
cc: Honorable Bernard M. Friedman
David J. Weaver, Clerk